IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL FIRE INSURANCE CO. OF HARTFORD | : : : : CIVIL ACTION : NO. 18-5379 : : |
| v. | |
| JOHNSON CONTROLS FIRE PROTECTION LP | |

## O R D E R

**AND NOW**, this 23rd day of August, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 6), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**